DARNANA v. LA COMPAGNIE GÉNÉRALE TRANSATLANTIQUE.

(Supreme Court, Appellate Term. January 15, 1909.)

SHIPPING (§ 167*) — TRANSPORTATION OF PASSENGERS — LOSS OF BAGGAGE — LIMITED LIABILITY.

    A passenger was bound by a limitation of damages for loss of baggage as expressed in his ticket for an ocean voyage, though the terms of the limitation were not directly brought to his attention.

    [Ed. Note.—For other cases, see Shipping, Cent. Dig. § 554; Dec. Dig. § 167.*]

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by Joseph Pierre Darnana against La Compagnie Générale Transatlantique. Judgment for plaintiff, and defendant appeals. Modified.

Argued before GILDERSLEEVE, P. J., and BISCHOFF and GUY, JJ.

Joseph P. Nolan, for appellant.
S. A. Singerman, for respondent.

PER CURIAM. The plaintiff was bound by the limitation of damages for the loss of baggage, as expressed upon the passenger's ticket for an ocean voyage, notwithstanding that the terms of the limitation were not directly brought to his attention (Tewes v. North German Lloyd S. S. Co., 186 N. Y. 151, 78 N. E. 864, 8 L. R. A. [N. .S.] 199), and the judgment should be reduced to the sum of $60, in accordance with the defendant's concession of liability at the trial.

Judgment modified, by reducing same to the sum of $60, with appropriate costs in the court below. Costs of this appeal to appellant, which costs are to be set off against the plaintiff's recovery.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes